36 So.2d 571

**Horace LEDBETTER et al. v. STATE.**

**7 Div. 975.**

Supreme Court of Alabama.

July 31, 1948.

Robinson & Parris, of Gadsden, for petitioner.

A. A. Carmichael, Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., opposed.

Lawson, Justice.

Petition of Horace Ledbetter and George Lebdetter for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Ledbetter et al. v. State, Ala.App., 36 So.2d 564.

Writ denied.

GARDNER, C. J., and FOSTER and STAKELY, JJ., concur.

36 So.2d 583

**Cordes McCLENDON, alias v. STATE.**

**6 Div. 772.**

Supreme Court of Alabama.

July 31, 1948.

DeGraffenried & McDuffie, of Tuscaloosa, for petitioner.

A. A. Carmichael, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Cordes McClendon for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of McClendon v. State, 6 Div. 539, 36 So.2d 580.

Writ denied.

GARDNER, C. J., and BROWN and LIVINGSTON, JJ., concur.